FILED

AUG 2 0 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   4:20CR00407 CDP/NCC |
| JENNIFER HANSEN, | ) ) ) |
| Defendant. | ) |

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

A.  **Introduction**

1. Jennifer Hansen ("Hansen") was employed by the United States Postal Service as a letter carrier. She was assigned to the Charles J. Coyle Post Office located at 1203 Lemay Ferry Road, Saint Louis, Missouri. The office services the area that includes the residence of Hansen's long-time friend P.A..

2. On an unknown date, but prior to October 24, 2019, Hansen and P.A. discussed the delivery of express mail packages to P.A.'s residence by unknown individuals. The packages were the topic of conversation because P.A. received them for her estranged husband, H.A., even though they were addressed to other individuals.

3. As Hansen walked through an area of the Charles J. Coyle Post Office on October 24, 2019, she saw a document laying upon a desk that discussed mail being sent to 312 Tacoma, Saint Louis, Missouri. Because the letter concerned a criminal investigation, the contents did not fall within Hansen's duties and responsibilities as a letter carrier.

1

4. After seeing the document, Hansen photographed it, and contacted P.A. Hansen advised P.A. that the United States Postal Service was watching where the mail was coming from and being delivered to because it could be linked to criminal means.

5. Hansen also forwarded through electronic text message to P.A. an image of the document which named the criminal investigator.

6. P.A. forwarded a copy of the photographed document to H.A. who, in turn, submitted it to others who he knew were defrauding older adults of their money and property through a Romance Scam.

7. One of H.A.'s co-conspirators utilized the document that was photographed by Hansen to warn his fraud victims from cooperating with the identified investigator.

**B.  Obstruction of Justice**

8. On or about October 24, 2019, in the Eastern District of Missouri, the defendant,

**JENNIFER HANSEN,**

did knowingly corruptly persuade, and attempt to corruptly persuade another person, with the intent to hinder, delay, and prevent the communication to a law enforcement officer of the United States of information relating to the commission or possible commission of a federal offense.

In violation of Title 18, United States Code, Sections 1512(b)(3) and 2.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
TRACY LYNN BERRY, #014753TN
Assistant United States Attorney